```
FILED ____ LODGED
____ RECEIVED ____ COPY

        JAN - 5 2024

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

DEVAUGHN DORSEY 34536-086
Name and Prisoner Number/Alien Registration Number

FCI - TUCSON
Place of Confinement

PO BOX 23811
Mailing Address

TUCSON, AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DEVAUGHN DORSEY
(Full Name of Petitioner)

Petitioner,

vs.

MARK GUTITRREZ
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

CASE NO. CV-24-00015-TUC-JAS--LCK
(To be supplied by the Clerk)

PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY

## PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☑ Other (explain): Program Statement 5380.08 and manner of execution of sentence

2. (a) Name and location of the agency or court that made the decision you are challenging: FBOP Washington, D.C.

   (b) Case or opinion number: P.S. 5380.08

   (c) Decision made by the agency or court: FBOP, Washington, D.C. implementing P.S. 5380.08

Revised 3/9/07

1

530

(d) Date of the decision: __08-15-2005__

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☑

   If yes, answer the following:

   (a) First appeal:

   (1) Name of the agency or court: __N/A__

   (2) Date you filed: __N/A__

   (3) Opinion or case number: __N/A__

   (4) Result: __N/A__

   (5) Date of result: __N/A__

   (6) Issues raised: __N/A__

   Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

   (b) Second appeal:

   (1) Name of the agency or court: __N/A__

   (2) Date you filed: __N/A__

   (3) Opinion or case number: __N/A__

   (4) Result: __N/A__

   (5) Date of result: __N/A__

   (6) Issues raised: __N/A__

   Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

   (c) Third appeal:

   (1) Name of the agency or court: __N/A__

   (2) Date you filed: __N/A__

2

(3) Opinion or case number: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

4. If you did not appeal the decision to a higher agency or court, explain why you did not: This Petition challenges P.S. 5380.08, § 8B, as being in excess of the plain language of 18 U.S.C. § 3664(f)(2) and therefore is subject to the futility exception to exhaustion of administrative remedies. See, Ward v. Chavez, 678 F.3d 1042, 1045 (9th Cir. 2012).

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☐   No ☒

If yes, answer the following:

(a) Name of the agency or court: N/A

(b) Date you filed: N/A

(c) Opinion or case number: N/A

(d) Result: N/A

(e) Date of result: N/A

(f) Issues raised: N/A

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

6. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

3

GROUND ONE: Under Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000), the manner of my sentence's execution violates 18 U.S.C. 3664 (f)(2) by way of P.S. 5380.08, § 8B where the BOP claims to have discretion to violate the schduled payments specified on page 7 of my judgment in a criminal case.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
On Dec. 20, 2023 I submitted informal Resolution form, see Exhibit A, requesting complialce with the schdule of payments detailed on page 7 of the judgment of the sentencing court.

On Dec 26, 2023 the Informal Resolution Form was denied per the so-called discretion conferred by 5380.08, § 8B:

"The unit Team has the discretion to consider all monies above that computation to adjust the inmate's IFRP payment plan".

As a result the BOP is charging me $356.52 instead of 25% of my gross monthly income set forth by the sentencing court, which will Result in loss of statutorily awarded incentives if the $356.58 is not paid by March 2024.

(b) Did you exhaust all available administrative remedies relating to Ground One?    Yes ☐   No ☑

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
N/A

4

GROUND TWO: _____ N/A _____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.)

N/A

(b) Did you exhaust all available administrative remedies relating to Ground Two?  Yes ☐  No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why

N/A

**GROUND THREE:** _____

_____
_____ N/A
_____
_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.)

N/A

(b) Did you exhaust all available administrative remedies relating to Ground Three?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why

N/A

GROUND FOUR: _____

N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.)

N/A

(b) Did you exhaust all available administrative remedies relating to Ground Four?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why

N/A

Please answer these additional questions about this petition:

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐   No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255 unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a) Have you filed a motion under 28 U.S.C. § 2255?   Yes ☑   No ☐

      If yes, answer the following:

      (1) Name of court: N/A

      (2) Case number: N/A

      (3) Opinion or case number: N/A

      (4) Result: N/A

      (5) Date of result: N/A

      (6) Issues raised: N/A

      Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

   (b) Explain why the remedy under § 2255 is inadequate or ineffective: N/A

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: N/A

   (b) Date of removal or reinstatement order: N/A

   (c) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

      (1) Date you filed: N/A

      (2) Case number: N/A

8

(3) Result: _____N/A_____

(4) Date of result: _____N/A_____

(5) Issues raised: _____N/A_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d) Did you file an appeal with the federal court of appeals?   Yes ☐   No ☐

(1) Name of the court: _____N/A_____

(2) Date you filed: _____N/A_____

(3) Case number: _____N/A_____

(4) Result: _____N/A_____

(5) Date of result: _____N/A_____

(6) Issues raised: _____N/A_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: __Issue a writ of habeas corpus that invalidates P.S. 5380.08, § 8B, and direct the BOP to collect only 25% of my gross monthly income per the judgment.__

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __01-02-2024__ (month, day, year)

__[signature]__
Signature of Petitioner

__N/A__
Signature of attorney, if any

__01-02-2024__
Date

9