# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Devaughn Dorsey,<br><br>　　　　Petitioner,<br><br>v.<br><br>Mark Gutierrez,<br><br>　　　　Respondent. | NO. CV-24-00015-TUC-JAS (LCK)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 24, 2024, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U. S. C. § 2241 is denied.  Petitioner to take nothing and this action is hereby dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 24, 2024

　　　　　　　　　　　　　　　　　　s/ M. Espinoza
　　　　　　　　　　　　　　By　　Deputy Clerk